Case 3:13-cv-05494-RBL   Document 2-1   Filed 06/20/13   Page 1 of 2

FILED _____ LODGED
_____ RECEIVED

JUN 20 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CHEMOIL CORPORATION, | **IN ADMIRALTY** |
| Plaintiff, | |
| v. | Case No.: 3:13-cv-5494 |
| M/V DARYA VISHNU, its engines, tackle, apparel, etc. | **ORDER FOR ISSUANCE OF PROCESS OF MARITIME ARREST, FRCP RULE C(2)(a)** |
| Defendant *IN REM.* | |

Upon reading the Complaint and affidavit seeking issuance of process of maritime arrest in this action, and good cause appearing therefor, it is

**ORDERED**:

That the Clerk issue the process of maritime arrest of the vessel M/V DARYA VISHNU, her engines, tackle, apparel, etc. and against all persons having or claiming to have any interest therein, that they be cited to appear and answer under oath all and singular the matters set forth in the Complaint.

That any person claiming an interest in the property arrested may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff, be entitled to an order

Order for Issuance of Process of Maritime Arrest          1          Law Office of James F. Whitehead, PLLC
2003 Western Avenue, Ste 330
Seattle, Washington 98121
Ph: 206-448-0100
Fax: 206-448-2252

Case 3:13-cv-05494-RBL   Document 2-1   Filed 06/20/13   Page 2 of 2

1   requiring the Plaintiff to show cause why the arrest should not be vacated or other relief granted;

2   and it is further ORDERED

3       That a copy of this Order must be attached to and served with the process of maritime

5   arrest.

6       Dated this 20ᵗʰ day of June, 2013.

9   _____

    United States District Judge